**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:

Patricia A Helm

Debtor(s)

Case No. 12-09680

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/12/2012.

2) The plan was confirmed on 05/31/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/08/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 12/13/2016.

6) Number of months from filing to last payment: 57.

7) Number of months case was pending: 62.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $2,556.00.

10) Amount of unsecured claims discharged without payment: $73,379.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $69,741.67 |
| Less amount refunded to debtor | $177.98 |

**NET RECEIPTS:** $69,563.69

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,836.40 |
| Other | $346.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $6,682.40

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 500 FAST CASH | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| ADVANCED FAMILY DENTAL PC | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 2,226.31 | 2,226.31 | 2,226.31 | 2,226.31 | 0.00 |
| AMERICREDIT FINANCIAL DBA GM I | Unsecured | 4,367.00 | NA | NA | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL DBA GM I | Unsecured | 4,380.03 | 4,380.03 | 4,380.03 | 4,380.03 | 0.00 |
| ARBOR CENTER FOR EYECARE | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 2,790.00 | 2,790.00 | 2,790.00 | 2,790.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | NA | 669.09 | 669.09 | 669.09 | 0.00 |
| ASSOCIATED RADIOLOGISTS | Unsecured | 94.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY LLC | Unsecured | 148.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY LLC | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| BELLSOUTH TELECOMMUNICATION | Unsecured | 178.00 | NA | NA | 0.00 | 0.00 |
| CENTER FOR NEUROLOGICAL DISEA | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 1,602.04 | 1,602.04 | 1,602.04 | 1,602.04 | 0.00 |
| CITY OF JOLIET | Unsecured | 412.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 52.00 | 59.41 | 59.41 | 59.41 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | NA | 3,355.59 | 3,355.59 | 3,355.59 | 0.00 |
| CREDIT ACCEPTANCE CORP | Secured | 7,512.00 | 5,139.72 | 5,139.72 | 5,139.72 | 104.26 |
| DERMATOLOGY LIMITED | Unsecured | 187.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Unsecured | 391.00 | NA | NA | 0.00 | 0.00 |
| ECONOMY INTERIORS INC | Unsecured | 153.00 | NA | NA | 0.00 | 0.00 |
| EM STRATEGIES LTD | Unsecured | 8.80 | NA | NA | 0.00 | 0.00 |
| GOLDS GYM | Unsecured | 1,532.00 | NA | NA | 0.00 | 0.00 |
| H&R BLOCK BANK | Unsecured | 858.94 | 858.94 | 858.94 | 858.94 | 0.00 |
| INSOLVE RECOVERY LLC | Unsecured | 1,550.00 | 1,553.94 | 1,553.94 | 1,553.94 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 15,000.00 | 13,546.36 | 13,546.36 | 13,546.36 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | Priority | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 380.94 | 380.94 | 380.94 | 0.00 |
| JP MORGAN CHASE BANK NA AUTO | Secured | 15,022.00 | 12,244.29 | 12,244.29 | 12,244.29 | 529.69 |
| LAKOTA CASH PAYDAY FINANCIAL | Unsecured | 700.00 | 647.50 | 647.50 | 647.50 | 0.00 |
| LCA COLLECTIONS | Unsecured | 24.00 | NA | NA | 0.00 | 0.00 |
| MCI WORLDCOM RES SERVICE | Unsecured | 1,416.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST RESPIRATORY | Unsecured | 32.20 | NA | NA | 0.00 | 0.00 |
| MIDWEST RESPIRATORY | Unsecured | 60,462.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 908.00 | 954.58 | 954.58 | 954.58 | 0.00 |
| PAYDAY FINANCIAL LLC | Unsecured | 647.50 | 647.50 | 647.50 | 647.50 | 0.00 |
| PAYLINK PAYMENT PLANS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| PREMIER DERMATOLOGY | Unsecured | 187.00 | NA | NA | 0.00 | 0.00 |
| PROVENA ST JOSEPH MEDICAL CTR | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 745.00 | 745.00 | 745.00 | 745.00 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 745.00 | NA | NA | 0.00 | 0.00 |
| QUICKCLICK LOANS LLC | Unsecured | 1,376.16 | 1,376.16 | 1,376.16 | 1,376.16 | 0.00 |
| SFC CENTRAL BANKRUPTCY | Unsecured | NA | 560.00 | 560.00 | 560.00 | 0.00 |
| SILVER CROSS HOSPITAL | Unsecured | 4,902.33 | 4,234.33 | 4,234.33 | 4,234.33 | 0.00 |
| SILVER CROSS HOSPITAL | Unsecured | 164.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST GASTROENTEROLOGY | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST GASTROENTEROLOGY | Unsecured | 84.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE USA | Unsecured | 404.00 | NA | NA | 0.00 | 0.00 |
| TARGET NATIONAL BANK | Unsecured | 330.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 267.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 117.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 4,275.61 | 4,275.61 | 4,275.61 | 4,275.61 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $17,384.01 | $17,384.01 | $633.95 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$17,384.01** | **$17,384.01** | **$633.95** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $13,546.36 | $13,546.36 | $0.00 |
| **TOTAL PRIORITY:** | **$13,546.36** | **$13,546.36** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$31,316.97** | **$31,316.97** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $6,682.40 |
| Disbursements to Creditors | $62,881.29 |
| **TOTAL DISBURSEMENTS** : | **$69,563.69** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/04/2017     By: /s/ Glenn Stearns
                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**